EDSON L. THOMPSON, Substituted in Place and Stead of HENRY I. STETLER, as a Taxpayer of the County of Rockland, Deceased, Appellant, v. ERNEST W. HOFSTATTER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JAMES A. TILLMAN, Appellant, v. RUSSO-ASIATIC BANK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See ante, p. 710.]

TOMPKINS HAULAGE CORPORATION, Respondent, v. JEWISH CENTRE OF EAST FLATBUSH, INC., and Another, Defendants, Impleaded with UNITED STATES TRUCKING CORPORATION and Others, Respondents, and FREDBURN CONSTRUCTION CORPORATION and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

SARAH M. TROY, as Administratrix, etc., of JAMES TROY, Deceased, Respondent, v. ROBERT A. MADDOCKS, Appellant, and JOHN MADDOCKS, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

SELMER WALVIK, Respondent, v. ARUNDEL CORPORATION OF BALTIMORE, Appellant.— Motion to resettle order of July 22, 1933, granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See ante, p. 787.]

SARAH WEINSTEIN, Respondent, v. BETTY WEISSER and Another, Appellants.— Motion to resettle order of June 23, 1933, denied. Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ELIZABETH HECKMAN, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of MARY C. WHITE, as Executrix, etc., of FREDERICK F. WHITE, Deceased, and of JAMES M. GRAY, as Sole Surviving Substituted Trustee under the Will of SARAH E. WHITE, Late of the County of Kings, Deceased, to Render and Settle the Accounts of Said JAMES M. GRAY, as Such Trustee, and of Said FREDERICK F. WHITE, as Executor of and Trustee under Said Will of Said SARAH E. WHITE Down to the Time of His Death. GERTRUDE THORNE BARTLETT and HELENE J. THORNE, Appellants; MARY M. KASSON, as Administratrix of JOHN K. THORNE, Deceased, and Others, Respondents.*— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ. [145 Misc. 796.]

GUTTORM OSTREM, as Administrator, etc., of INGEBJORG ERIKSEN OSTREM, Deceased, Respondent, v. GOTHEL RADISH, Appellant.— On argument, judgment and order unanimously affirmed, with costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.